UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anthony Steven Hill, | Civil File No. 14-CV-01578 (MJD/BRT) |
| Plaintiff, | |
| vs. | **PLACEHOLDER FOR THE AFFIDAVIT OF NOLA KAROW** |
| Leon Malachinski, T. Warner, MN D.O.C., Kristofer Lund, Corizon, Vicki Pohlmann, Lisa Connors, Nola Karow, unknown watch commander, | |
| Defendants. | |

This document is a place holder for the following item, which is filed in conventional or physical form with the Clerk's Office: The Affidavit of Nola Karow.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐   Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

☐   Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

☐   Physical Object (description):

☐   Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒   Item Under Seal pursuant to a court order* (Document number of order: 68)

☐   Item Under Seal pursuant to the Fed. R. Civ. P. 52 and Fed. R. Crim. P. 49.1 (Document number of redacted version: ___ )

☐   Other (description):

* Filing of these items requires Judicial Approval.
E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).